1  Michael C. Ormsby
   United States Attorney
2  Eastern District of Washington
   Stephanie Van Marter
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 0 4 2013

SEAN F. McAVOY, CLERK
                      DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-13-139-TOR |
| Plaintiff, | INDICTMENT |
| vs. | Vio: 21 U.S.C. § 841(a)(1) Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine (Count 1) |
| HECTOR VICENTE BRISENO-MEDINA, | |
| Defendant. | Vio: 21 U.S.C. § 841(a)(1) Possession with Intent to Distribute 1 Kilogram or More of a Mixture or Substance Containing a Detectable Amount of Heroin (Count 2) |

The Grand Jury Charges:

COUNT 1

That on or about August 30, 2013, in the Eastern District of Washington, HECTOR VICENTE BRISENO-MEDINA did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2.

COUNT 2

That on or about August 30, 2013, in the Eastern District of Washington, HECTOR VICENTE BRISENO-MEDINA did knowingly and intentionally

INDICTMENT - 1
09-04-13 Briseno-Medina Indictment.wpd

possess with the intent to distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(i), and 18 U.S.C. § 2.

DATED this 4th day of September, 2013.

A TRUE BILL

_____
Foreperson

Michael C. Ormsby
United States Attorney

Stephanie Van Marter
Assistant United States Attorney

INDICTMENT - 2
09-04-13 Briseno-Medina Indictment.wpd