# PENALTY SLIP

DEFENDANT NAME: **HECTOR VICENTE BRISENO-MEDINA**

TOTAL NO. COUNTS:     1

VIO: **21 U.S.C. § 841(a)(1); (b)(1)(A)(viii)**
**Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine (Count 1)**

PENALTY: **CAG not less than 10 years nor more than life;**
**and/or $10,000,000 fine;**
**not less than 5 years nor more than life supervised release;**
**a $100 special penalty assessment; and**
**denial of certain federal benefits pursuant to**
**21 U.S.C. §§ 862 and 862a**

IF THE DEFENDANT HAS ONE PRIOR QUALIFYING CONVICTION:

PENALTY: **CAG not less than 20 years nor more than life;**
**and/or $20,000,000 fine;**
**not less than 10 years nor more than life supervised release;**
**a $100 special penalty assessment; and**
**denial of certain federal benefits pursuant to**
**21 U.S.C. §§ 862 and 862a**

VIO: **21 U.S.C. § 841(a)(1); (b)(1)(A)(i)**
**Possession with Intent to Distribute 1 Kilogram or More of a Mixture or Substance Containing a Detectable Amount of Heroin (Count 2)**

PENALTY: **CAG not less than 10 years nor more than life;**
**and/or $10,000,000 fine;**
**not less than 5 years nor more than life supervised release;**
**a $100 special penalty assessment; and**
**denial of certain federal benefits pursuant to**
**21 U.S.C. §§ 862 and 862a**

IF THE DEFENDANT HAS ONE PRIOR QUALIFYING CONVICTION:

PENALTY:  CAG not less than 20 years nor more than life;
and/or $20,000,000 fine;
not less than 10 years nor more than life supervised release;
a $100 special penalty assessment; and
denial of certain federal benefits pursuant to
21 U.S.C. §§ 862 and 862a

CASE NO. __CR-13-139-TOR-1_____

AUSA INITIAL __[signature]_____